UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRUCE BOSLEY (#367962)                                        CIVIL ACTION

VERSUS

BURL CAIN, WARDEN                                             NO. 04-0293-C-M3

ORDER

This matter comes before the Court on the petitioner's Motion for Reconsideration, rec.doc.no. 31, wherein he requests reconsideration of the Court's Ruling denying him leave to file a belated appeal in this matter. The petitioner is not entitled to the relief requested. Accordingly,

**IT IS ORDERED** that the petitioner's Motion for Reconsideration, rec.doc.no. 31, be and it is hereby **DENIED**.

Baton Rouge, Louisiana, this 23rd day of July, 2008.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT